UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EDELMIRA GUERRERO, Individually, and On Behalf of All Others Similarly Situated,

                         Plaintiff,

vs.

PFEIL & HOLING, INC.,

                         Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-00472-GHW

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Edelmira Guerrero hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Pfeil & Holing, Inc.

DATED:  May 27, 2022                      **MIZRAHI KROUB LLP**

                                                         /s/ Joseph H. Mizrahi
                                                        JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*