USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2022

# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

EDELMIRA GUERRERO, Individually, and On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

PFEIL & HOLING, INC.,

    Defendant.

---------------------------------------------------------x

Case No.: 1:22-cv-00472-GHW

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Edelmira Guerrero hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Pfeil & Holing, Inc.

DATED: May 27, 2022

**MIZRAHI KROUB LLP**

/s/ Joseph H. Mizrahi
JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: May 27, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge